| CDIL PROB 22 (Rev. 4/97) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CDIL Docket No. 01-10065-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR08-0008 MJJ |

FILED
JAN - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| NAME AND ADDRESS OF SUPERVISED RELEASEE: ROGER PICKETT JR. 2103 150TH AVENUE SAN LEANDRO, CA 94578 | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION PEORIA |
|---|---|---|
| | NAME OF SENTENCING JUDGE HONORABLE MICHAEL M. MIHM U.S. DISTRICT JUDGE | |
| | DATES OF SUPERVISED RELEASE: | FROM 11/21/06   TO 11/20/09 |

OFFENSE
FELON IN POSSESSION OF FIREARM
18:922(g)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the U.S. District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the U.S. District Court to which this transfer is made without further inquiry of this Court.*

12/20/07
Date

*[signature]*
HONORABLE MICHAEL M. MIHM
U.S. District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 3 2008
Effective Date

*[signature]*
United States District Judge

DDH/jd