

# UNITED STATES DISTRICT COURT

**PAMELA E. ROBINSON**
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

**FILED**

JAN 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

January 16, 2008

United States District Court
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101-8900

RE: USA V. Roger Pickett Jr.
CASE NO. PEORIA IL: 01-10065

CR-08-0008-MJJ

Dear Sir:

Pursuant to the executed Transfer of Jurisdiction filed in this office on 1/15/08, enclosed please find:

1. Transfer of Jurisdiction

2. Judgment

3. Indictment

4. Docket Sheet

5. Financial Account Summary

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

Very truly yours,

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT

s/ S. Marvel

By: _____
                Deputy Clerk

Enclosure(s)
PER/sm

01-10065 letter.wpd

| CDIL PROB 22 (Rev. 4/97) | | DOCKET NUMBER *(Tran. Court)* CDIL Docket No. 01-10065-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | |
| | | DOCKET NUMBER *(Rec. Court)* CR08-0008 *MJJ* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: ROGER PICKETT JR. 2103 150TH AVENUE SAN LEANDRO, CA 94578 | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION PEORIA |
|---|---|---|
| | NAME OF SENTENCING JUDGE HONORABLE MICHAEL M. MIHM U.S. DISTRICT JUDGE | |
| | DATES OF SUPERVISED RELEASE: | FROM 11/21/06 | TO 11/20/09 |

ORIGINAL FILED JAN - 7 2008
RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

| OFFENSE FELON IN POSSESSION OF FIREARM 18:922(g) | |
|---|---|

FILED JAN 15 2008
PAMELA E. ROBINSON, CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

RECEIVED 2008 JAN - 7 PM 5: 06 PROBATION OFFICE NORTHERN DIST. CALIF. OAKLAND

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

 IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the U.S. District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the U.S. District Court to which this transfer is made without further inquiry of this Court.*

12/20/07
Date

*Michael M. Mihm*
HONORABLE MICHAEL M. MIHM
U.S. District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

 IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 3 2008

Effective Date

United States District Judge

DDH/jd

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY: *Pamela E. Robinson*
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 1/15/08

20

**FILED**

NOV - 8 2001

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 01- *10065* |
| ) | |
| ROGER PICKETT, JR., ) | VIO: 18 U.S.C. §922(g) |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about October 12, 2001, in Peoria County, within the Central District of Illinois,

**ROGER PICKETT, JR.,**

the defendant herein, after being convicted of a felony under the laws of the State of Illinois, did

knowingly possess a firearm, to wit: a Smith and Wesson, Model 586, .357 Magnum caliber

revolver, Serial No. ABF2544, which had previously traveled in interstate commerce.

In violation of Title 18, United States Code, Section 922(g).

A True Bill,

_____
Foreperson

1st _____
FRANCES C. HULIN
UNITED STATES ATTORNEY

KTC*ksr

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY: *Pamela E. Robinson*
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 1/15/08

ꞎAO 245B  (Rev. 8/01) Judgment in a Criminal Ca.  ᴰIL)
      Sheet 1

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |
|---|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br>**ROGER PICKETT JR.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: **01-10065-01**<br><br>George Taseff<br>Defendant's Attorney |

**FILED**

MAY 2 3 2002

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## THE DEFENDANT:

[X] pleaded guilty to count(s) 1 _____

[ ] pleaded nolo contendere to count(s) _____
which was accepted by the court.

[ ] was found guilty on count(s) _____
after a plea of not guilty.

**Accordingly,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:922(g) | Felon in Possession of Firearm | 10/12/01 | 1 |

The defendant is sentenced as provided in pages 2 through **6** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ [ ] is [ ] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:  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

Defendant's Date of Birth:  06/07/1969

Defendant's USM No.:  12149-026

Defendant's Residence Address:

LKA: 105 S.W. Perry, Apartment No. 203

Peoria, IL 61605

Defendant's Mailing Address:

IN CUSTODY

May 16, 2002
Date of Imposition of Judgment

*Michael M. Mihm*
Signature of Judicial Officer

**MICHAEL M. MIHM,**
**U.S. DISTRICT JUDGE**
Name and Title of Judicial Officer

5/23/02
Date

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY:
*Pamela E. Robinson*
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 1/15/08

〔14〕

AO 245B    (Rev. 8/01) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:  ROGER PICKETT JR.
CASE NUMBER: 01-10065-01

Judgment — Page  2  of  6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  70 months

[X]  The court makes the following recommendations to the Bureau of Prisons:

1)Dft serve his sentence in a minimum security facility as close to family in Peoria, IL as possible. 2) Further recommended Dft serve sentence in a facility that will allow participation in the Comprehensive Drug Treatment Program and maximize exposure to educational and vocational opportunities.

[X]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:

   [ ]  at _____ [ ] a.m.   [ ] p.m.   on _____ .

   [ ]  as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ]  before      on _____ .

   [ ]  as notified by the United States Marshal.

   [ ]  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page  3  of  6

DEFENDANT:  ROGER PICKETT JR.
CASE NUMBER: 01-10065-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**

 

 

 The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

 The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
future substance abuse.

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

 If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

 The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from any    use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

DEFENDANT:    ROGER PICKETT JR.
CASE NUMBER:  01-10065-01

Judgment—Page 4 of 6

## SPECIAL CONDITIONS OF SUPERVISION

1) You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation office, participate in a program for substance abuse treatment, including testing, to determine whether you have used controlled substance and/or alcohol. You shall pay for these services as directed by the probation officer. 2) You shall participate in a program of job training or employment counseling as directed by the probation officer. 3) You shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
         Sheet 5 — Criminal Monetary Penalties

DEFENDANT:     ROGER PICKETT JR.
CASE NUMBER:   01-10065-01

Judgment — Page 5 of 6

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

| TOTALS | $ | $ |
|---|---|---|

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
         Sheet 6 — Criminal Monetary Penalties

DEFENDANT:    **ROGER PICKETT JR.**
CASE NUMBER:    **01-10065-01**

Judgment — Page **6** of **6**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    [X]    Lump sum payment of $ **100.00** _____ due immediately, balance due

☐    ☐ not later than _____ , or
    ☐ in accordance with    ☐ C,    ☐ D, or    ☐ E below; or

B    ☐    Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ E below); or

C    ☐    Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐    Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E    ☐    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

United States District Court
Account Summary

01/16/2008

PICKETT, ROGER, JR.

,

| | |
|---|---|
| Case Number | 0753 1 0110065 001 |
| Assessment | 100.00 |
| Fine | 0.00 |
| Restitution | 0.00 |

-                                                                                           -

## Special Assessment - 504100

| Payment date | Receipt | Payment by | Payment | Interest | Total Due |
|---|---|---|---|---|---|
| 04/14/2003 | P6517 | BOP | 25.00 | | 75.00 |
| 07/07/2003 | P7172 | BOP | 35.00 | | 40.00 |
| 08/11/2003 | P7457 | BOP | 33.00 | | 7.00 |
| 09/11/2003 | P7729 | BOP | 7.00 | | 0.00 |

CLOSED

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CRIMINAL DOCKET FOR CASE #: 1:01-cr-10065-MMM-1
### Internal Use Only

Case title: USA v. Pickett

Magistrate judge case number: 1:01-mj-06043

Date Filed: 11/08/2001

Date Terminated: 05/16/2002

Assigned to: Judge Michael M. Mihm

**Defendant (1)**

**Roger Pickett, Jr**
*TERMINATED: 05/05/2004*

represented by **Ivan Darnell Davis**
FEDERAL PUBLIC DEFENDER
Suite 1500
401 Main St
Peoria, IL 61602
(309) 671-7891
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

18:922G.F UNLAWFUL
TRANSPORT OF FIREARMS, ETC. -
On or about 10/12/01, Dft, a prevously
convicted felon, did knowingly possess
a firearm, to wit: a Smith and Wesson,
Model 586, .357 Magnum caliber
revolver, Serial No. ABF 2544, in
violation of 18 USC 922(g)
(1)

**Disposition**

Dft committed to custody of Buearu of
Prisons for a term of 70 months; 3 years
supervised release; $100 special
assessment

**A TRUE COPY**
**ATTEST:**
**PAMELA E. ROBINSON, CLERK**
**BY:**
*Pamela C. Robinson*
**DEPUTY CLERK**
**U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**DATE:** 1/15/08

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**
None

---

**Plaintiff**

USA                        represented by   **K Tate Chambers**
                                            US ATTY
                                            One Technology Plaza
                                            Suite 400
                                            211 Fulton St
                                            Peoria, IL 61602
                                            309-671-7050
                                            Fax: 309-671-7259
                                            Email: tate.chambers@usdoj.gov
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2001 | 1 | COMPLAINT Roger Pickett (1) count(s) cmp before Mag. Judge John A. Gorman [ 1:01-m -6043 ] (ML, ilcd) (Entered: 10/17/2001) |
| 10/17/2001 | 2 | ARREST Warrant issued for Roger Pickett Jr by Mag. Judge John A. Gorman [ 1:01-m -6043 ] (ML, ilcd) (Entered: 10/17/2001) |
| 10/17/2001 | | (Court only) Docket Modification (Utility Event) sealing case [ 1:01-m -6043 ] (ML, ilcd) (Entered: 10/17/2001) |
| 10/25/2001 | | (Court only) Docket Modification (Utility Event) case unsealed [ 1:01-m -6043 ] (S, ilcd) (Entered: 10/29/2001) |
| 10/25/2001 | | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court by AUSA Chambers and dft Roger Pickett, Jr (without counsel) for initial appearance at 11:30 on Thursday, 10/25/01. Dft acknowledges receipt of copy of complaint. Dft questioned re: financial ability to hire counsel. Court appoints counsel. First appearance of Roger Pickett Jr with FPD Ivan Darnell Davis. Dft advised of charges and consequences. Govt requests detention. Detention hearing set for 2:30 on Tuesday, 10/30/01 in person in Peoria (Courtroom C). Dft remanded to custody of USM. Temporary order of detention entered. (cc: all counsel/Prob/USM Peo) [ 1:01-m -6043 ] (KB, ilcd) (Entered: 10/29/2001) |
| 10/25/2001 | 3 | TEMPORARY ORDER of Detention of Roger Pickett Jr pending hearing by Mag. Judge John A. Gorman. (cc: all counsel/Prob/USM Peo). [ 1:01-m -6043 ] (KB, ilcd) (Entered: 10/29/2001) |
| 10/30/2001 | 4 | ARREST Warrant returned executed as to Roger Pickett Jr 10/25/01 [ 1:01-m -6043 ] (SH, ilcd) (Entered: 10/30/2001) |

| 10/30/2001 | | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court by AUSA Murphy/AFPD Davis with Dft Roger Pickett for preliminary/detention hearing on 10/30/01 . Same held. Evidence by Dft; Dft rests. Court finds probable cause and Dft bound over to the grand jury and Dft remanded to custody of the US Marshal. Order of Detention to enter. (cc: all counsel/US Mar/Prob) [ 1:01-m -6043 ] (SH, ilcd) (Entered: 10/30/2001) |
|---|---|---|
| 10/30/2001 | 5 | ORDER of Detention of Roger Pickett Jr pending trial by Mag. Judge John A. Gorman (cc: all counsel). [ 1:01-m -6043 ] (SH, ilcd) (Entered: 10/30/2001) |
| 11/08/2001 | 6 | INDICTMENT by USA K Tate Chambers. Counts filed against Roger Pickett (1) count(s) 1 (SH, ilcd) (Entered: 11/09/2001) |
| 11/09/2001 | | MINUTES: before Mag. Judge John A. Gorman. Re: Dft Roger Pickett Jr - arraignment set Thurs., 11/15/01 at 1:30 PM (Courtroom C). (cc: all counsel/US Mar/Prob) (SH, ilcd) (Entered: 11/09/2001) |
| 11/15/2001 | | MINUTES: before Mag. Judge John A. Gorman. AUSA Brost, FPD Davis with dft Pickett, Jr. present in open court at 1:30 on Thursday, 11/15/01 for arraignment. Dft acknowledges receipt of copy of indictment. Dft waives reading and explanation of charges and penalties. Dft Roger Pickett Jr arraigned; NOT GUILTY plea entered. Case set for pending motions/ pretrial conference at 9:30 on Thursday, 12/27/01 , and jury trial at 8:30 on Monday, 1/14/02 both in person in Peoria before Judge Mihm (Courtroom A). Dft previously detained. Dft remanded to custody of USM. Section 4 to be provided to counsel. (cc: all counsel/Prob/USM Peo/Crt Rptr) (KB, ilcd) (Entered: 11/15/2001) |
| 11/15/2001 | 7 | SCHEDULING ORDER by Mag. Judge John A. Gorman filed and entered. (cc: all counsel/Prob/USM Peo/Crt Rptr) (KB, ilcd) (Entered: 11/15/2001) |
| 12/11/2001 | 8 | NOTICE OF INTENT TO USE EVIDENCE OF PRIOR CONVICTIONS by plaintiff USA (CL, ilcd) (Entered: 12/12/2001) |
| 12/19/2001 | 9 | MOTION to continue pretrial conference by USA as to Roger Pickett Jr (CL, ilcd) (Entered: 12/19/2001) |
| 12/20/2001 | | MINUTES: before Judge Michael M. Mihm denying motion to continue pretrial conference [9-1] (cc: all counsel/Prob) (CL, ilcd) (Entered: 12/21/2001) |
| 12/27/2001 | | MINUTES: before Judge Michael M. Mihm. Parties present in open court by AUSA Campbell for Chambers/AFPD Davis with Dft Roger Pickett for pretrial conference on 12/27/01 . Same not held. Dft requests time for BLIND PLEA (NO plea agreement). Dft sworn and answers questions presented by Court and Court finds Dft competent to proceed. Court advises Dft of consequences if found guilty and of constitutional right to jury trial. Statement by Dft re: what actually occurred. AUSA makes factual basis. Same agreed to and approved by Dft and Atty. Court permits Dft to withdraw plea of not guilty and Roger Pickett Jr enters guilty plea to Count 1. Court accepts plea and judgment of conviction entered. Matter referred to USPO for Presentence Report. Sentencing hearing set Fri., 4/26/02 at 9:00 |

| | | |
|---|---|---|
| | | AM . Counsel admonished regarding Order on Implementation of Guidelines. Jury trial previously set 1/14/02 is VACATED. Dft remanded to custody of the US Marshal. (cc: all counsel/US Mar/Prob/Crt Rptr/finance) (SH, ilcd) (Entered: 12/27/2001) |
| 02/22/2002 | | MINUTES: before Judge Michael M. Mihm. Sentencing hearing previously set 4/26/02 is canceled. Sentencing hearing reset to Thurs 5/2/02 at 10:00 a.m. in person in Peoria. (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 02/22/2002) |
| 05/02/2002 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/FPD Alvarado with DFt. Pickett present in person and sentencing hearing held in part 5/2/02 . Govt requests continuance to obtain further information as to State Court conviction. Same granted. Continued sentencing hearing set on Thurs 5/16/02 at 9:00 a.m. in person in Peoria. (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 05/02/2002) |
| 05/09/2002 | | MINUTES: before Judge Michael M. Mihm. Case previously set for sentencing hearing at 9:00 on Thursday, 5/16/02 HAS BEEN CHANGED IN TIME ONLY TO 10:00 in person in Peoria (Courtroom A) for dft Roger Picket, Jr. (cc: all counsel/Prob/USM Peo/Crt Rptr) (KB, ilcd) (Entered: 05/09/2002) |
| 05/13/2002 | 10 | COMMENTARY by: Govt as to defendant Roger Pickett Jr regarding sentencing factors (CL, ilcd) (Entered: 05/14/2002) |
| 05/16/2002 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/FPD Alvarado with Dt Rickett present in person and sentencing hearing held 5/16/02 with Court sentencing Roger Pickett (1) on count(s) 1 as follows: Dft committed to custody of Buearu of Prisons for a term of 70 months; 3 years supervised release; $100 special assessment . No fine. Dft advised of right to appeal and remanded to custody of USM. Case terminated . (cc: all counsel/Prob/USM) (CL, ilcd) (Entered: 05/16/2002) |
| 05/16/2002 | 11 | PRESENTENCE Report on Roger Pickett Jr ( original sealed ) (CL, ilcd) (Entered: 05/16/2002) |
| 05/16/2002 | 12 | SENTENCING recommendation (original sealed) as to defendant Roger Pickett Jr (CL, ilcd) (Entered: 05/16/2002) |
| 05/16/2002 | 13 | STATEMENT of Reason for Imposing Sentence (Sealed) as to defendant Roger Pickett Jr by Judge Michael M. Mihm (CL, ilcd) (Entered: 05/16/2002) |
| 05/23/2002 | 14 | JUDGMENT and Commitment Order as to defendant Roger Pickett Jr by Judge Michael M. Mihm (CL, ilcd) (Entered: 05/24/2002) |
| 08/27/2002 | 15 | RECEIPT for pre-sentence report [13-1], sentencing recommendation [12-1], and statement of reasons [11-1] as to defendant Roger Pickett Jr returned to U.S. Probation office on 8/9/02 (WW, ilcd) (Entered: 08/29/2002) |